# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **DESKTOPSITES, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. 6:22-CV-284-ADA-DTG |
| § | |
| **VMWARE, INC.,** § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 72. The report recommends Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) (ECF No. 22) be **GRANTED** and Plaintiff's Complaint be **DISMISSED WITH PREJUDICE.** The report further recommends Defendant's Motion for Sanctions (ECF No. 45) be **DENIED** and Defendant be considered the prevailing party. ECF No. 72. The report and recommendation was filed on September 16, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

    **IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No. 72) is **ADOPTED**.

    **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (ECF No. 22) is **GRANTED** in accordance with the Report and Recommendation.

    **IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE** and Defendant is considered the prevailing party.

    **IT IS FURTHER ORDERED** that all remaining requested relief is **DENIED.**

**SIGNED** this 9th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE